UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**
February 1, 2021 3:59 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc SCANNED BY: TS / 2/1/21

DERRICK LEE SMITH, #267009,
    PLAINTIFF,

VS

WRITEAPRISONER.COM, INC. et al,
    DEFENDANTS,
_____/

CASE NO 1:20-CV-1201
HON. PAUL L. MALONEY

### PLAINTIFFS MOTION TO AMEND COMPLAINT

PLAINTIFF, DERRICK LEE SMITH, BRINGS THIS ACTION TO THIS HONORABLE COURT AND ASKS THE COURT TO ALLOW THE PLAINTIFF, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 15(a)(1), TO BE ABLE TO FILE AN AMENDED COMPLAINT.

IN SUPPORT OF THIS ACTION, THE PLAINTIFF STATES THE FOLLOWING FACTORS LISTED WITHIN.

1. FRCP15(a)(1) ALLOWS A PARTY TO AMEND THE COMPLAINT.

2. SINCE NEITHER SERVICE NOR A RESPONSIVE PLEADING HAS BEEN ORDERED, THE PLAINTIFF MAY AMEND THE COMPLAINT.

3. THE COURT HAS NOT DONE A PRELIMINARY SCREENING REVIEW OF THE ALLEGATIONS AND, AS SUCH, THE CASE ITSELF HAS NOT BEEN RULED UPON PERTAINING TO THE CLAIMS.

4. THE STATUS OF THE ORIGINAL COMPLAINT HAS CHANGED AND IT REQUIRES THAT THE COMPLAINT BE AMENDED AS THAT THE DEFENDANTS AND THE PLAINTIFF'S CIRCUMSTANCES HAVE CHANGED AND IT REQUIRES THE AMENDED COMPLAINT TO BE FILED REMOVING WRITEAPRISONER.COM.INC FROM THE COMPLAINT AND PLACING DIFFERENT DEFENDANTS ON A NEW AMENDED COMPLAINT.

CONCLUSION, THE PLAINTIFF WOULD LIKE TO WOULD ASK THAT THIS COURT ALLOW A NEW AMENDED COMPLAINT TO BE FILED AND HAVE THE NEW AMENDED COMPLAINT SUPERSEDE THE PREVIOUS COMPLAINT, AND PROVIDE THE PLAINTIFF WITH A TIME LIMIT TO FILE THE AMENDED COMPLAINT.

## RELIEF REQUESTED

WHEREFORE, PLAINTIFF PRAYS THIS COURT WILL ORDER THE PLAINTIFF IS ABLE TO FILE AN AMENDED COMPLAINT AND GRANT ANY OTHER RELIEF THIS COURT DEEM NECESSARY AND APPRPRIATE.

RESPECTFULLY YOURS,

MR. DERRICK LEE CARDELLO-SMITH
PRO SE PLAINTIFF
267009
MCF-2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442



Derrick Smith 267009 4-109B
MCF/2400 S. Sheridan Drive
Muskegon, MI 49442

Case No
1:20-cv-1201
Judge Paul Maloney



Clerk of The Court
U.S. District Court
399 Federal Building
110 Michigan St., N.W.
Grand Rapids, MI
49503